[No. 13594. In Bank. — March 7, 1891.]

In the Matter of D. M. VANCE.

Contempt — Appeal — Dismissal. — No appeal lies from a judgment rendered in a case of contempt, and an attempted appeal therefrom will be dismissed.

Appeal from a judgment of the Superior Court of Sacramento County.

Motion to dismiss appeal. The facts are stated in the opinion of the court.

*Amos H. Carpenter*, for Appellant.

*Wilson & Wilson*, and *A. L. Rhodes*, for Respondent.

Sharpstein, J.— This appeal is from a judgment in a case of contempt, and the respondent moves to dismiss the appeal, on the ground that an appeal does not lie in such a case, because it is provided by the Code of Civil Procedure that " the judgment and orders of the court or judge, made in cases of contempt, are final and conclusive." In *Tyler* v. *Connolly*, 65 Cal. 30, the question is carefully considered, and the conclusion reached that no appeal lies from a judgment imposing a fine of more than three hundred dollars for a contempt of court, expressly overruling *People* v. *O'Neil*, 47 Cal. 109. *Tyler* v. *Connolly*, 65 Cal. 30, was followed in *Sanchez* v. *Newman*, 70 Cal. 210.

We see no ground for disturbing the rule laid down in *Tyler* v. *Connolly*, 65 Cal. 30.

Appeal dismissed.

McFarland, J., De Haven, J., Garoutte, J., Harrison, J., Paterson, J., and Beatty, C. J., concurred.